UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00108-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRADLEY ALAN SMITH,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with the Court's calendar, the sentencing hearing set for September 13, 2011 is **VACATED and RESET to Thursday, October 27, 2011 at 2:00 p.m.**

    Dated: September 6, 2011